**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

KATHLEEN A. DILBECK                                          PLAINTIFF

v.                                    No. 4:12CV00065 JLH

ARKANSAS DEPARTMENT OF LABOR                                DEFENDANT

## ORDER

The Court's attention has been directed to the fact that plaintiff Kathleen A. Dilbeck herein

is presently proceeding *pro se*.

The purpose of this Order is to direct plaintiff's attention to the fact that plaintiff is required

to be familiar and comply with all the Federal Rules of Civil Procedure as well as the Local Rules

of this Court.  Failure to so comply <u>can</u> result in dismissal of plaintiff's claim.

The Federal Rules of Civil Procedure are available in many libraries and bookstores and the

Local Rules can be obtained from the United States District Court Clerk for the Eastern District of

Arkansas.  Plaintiff is hereby instructed to be familiar and comply with said Rules.

The Clerk of Court is directed to serve this Order on plaintiff by both regular mail and

certified mail, return receipt requested.

IT IS SO ORDERED this 7th day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE