# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

KATHLEEN A. DILBECK                                                                                          PLAINTIFF

v.                                          NO. 4:12CV00065 JLH

ARKANSAS DEPARTMENT OF LABOR                                                           DEFENDANT

### ORDER

The Arkansas Department of Labor filed a motion to dismiss this action on March 1, 2012. Pursuant to Local Rule 7.2(b) and Federal Rule of Civil Procedure 56, Kathleen Dilbeck's response was due on March 19, 2012. No response was filed. The Court hereby gives notice that if Dilbeck does not file a response ***on or before March 28, 2012***, the Court will assume that she does not oppose the motion to dismiss and will act accordingly.

IT IS SO ORDERED this 20th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE