## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

KATHLEEN A. DILBECK                                                                          PLAINTIFF

v.                                          NO. 4:12CV00065 JLH

ARKANSAS DEPARTMENT OF LABOR                                          DEFENDANT

### ORDER

On March 1, 2012, the Arkansas Department of Labor filed a motion to dismiss the complaint of Kathleen Dilbeck pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Dilbeck did not respond, so on March 20, 2012, the Court entered an Order stating that if she did not file a response on or before March 28, 2012, the Court would assume that she does not oppose the motion to dismiss and would act accordingly. No response has been filed. Therefore, the motion to dismiss is GRANTED. Document #14. This action is hereby dismissed without prejudice.

IT IS SO ORDERED this 29th day of March, 2012.

*J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE