IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KATHLEEN A. DILBECK                                                                 PLAINTIFF

v.                                         NO. 4:12CV00065 JLH

ARKANSAS DEPARTMENT OF LABOR                                      DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 29th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE